IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FEDERATION OF STATE MASSAGE THERAPY BOARDS. <br> Plaintiff, <br><br> vs. <br><br> MENDEZ MASTER TRAINING CENTER, INC., MMTC TEXAS, INC., TESLA SHEN MENDEZ (f/k/a YI LING "ELAINE" MENDEZ), JORGE MENDEZ, HUA SUN, DAVID LIN AND JOHN DOES 1-5 <br> Defendant. | § § § § § § § § § § § § § § § | **Civil Action No:** <br> **4:17-cv-02936** |

## CORRECTED AFFIDAVIT OF JORGE MENDEZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority on this day personally appeared Jorge Mendez, who after being duly sworn, stated under oath as follows:

1. "My name is Jorge Mendez. I am over the age of eighteen (18) years. I am of sound mind and the statements made in this Affidavit are true and correct and within my personal knowledge.

2. "I am a California resident and is currently residing at 22916 Lockness Ave, Torrance, CA, 90501.

3. "This affidavit is executed to correct certain statements in my pervious affidavit dated November 22, 2017."

4. "I currently do not own or manage any of the corporate entities involved in the lawsuit, including Mendez Master Training Center, Inc. ("MMTC") in California and MMTC Texas Inc. ("MMTC Texas"). I was listed as a director and officer with MMTC in July, 2016 but in August, 2016, I resigned from this position. I did not fund MMTC or MMTC Texas personally, and never received any income or distributions from MMTC or MMTC Texas. Further, I am not now and have never been a partner, shareholder, director, officer or employee of MMTC Texas.

5. "Any statements in my previous affidavit not affirmed herein are withdrawn, and my affidavit corrected as herein stated stands. This corrected affidavit is filed as a result of additional checking and information that has come to light."

6. "I have never come to Texas to conduct any business activities regarding the operations of MMTC schools. I travel to Texas mostly to visit my wife Tesla Mendez who resides in Texas now."

**FURTHER AFFIANT SAYETH NOT.**

_____
Jorge Robert Mendez
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 14th day of March, 2018, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires: 01-17-2022