# EXHIBIT

# A

Federation of State
Massage Therapy Boards          REC'D MAR 18 2013

# Massage & Bodywork Licensing Examination Application Form
(Save time and paper – apply online at www.fsmtb.org)

## APPLICANT INFORMATION

**NAME** — FIRST: Yi Ling Chang  M.I.:  LAST: Mendez

**PREVIOUS/MAIDEN NAME:**

**SS #:** 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

**DATE OF BIRTH:** MM 01 / DD 05 / YYYY 1981

**GENDER:** ☐ M  ☑ F

**MAILING ADDRESS — STREET:** 3616 Moneta Ave.   APT #:

**CITY:** Carson   **STATE:** CA   **ZIP:** 90745

**EMAIL ADDRESS:** TTW1538@GMAIL.COM

**HOME PHONE:**    **WORK PHONE:**    **CELL PHONE:** 626-831-8198

## EDUCATION

**NAME OF SCHOOL ATTENDED** (Write in full – no acronyms please): California Vocational Cosmetology College

**LOCATION OF SCHOOL ATTENDED** — CITY: Fresno   STATE: CA

## EXAM LANGUAGE

I WANT TO TAKE THE MBLEx IN (Choose ONE language): ☑ ENGLISH   ☐ SPANISH

## SPECIAL ACCOMMODATIONS

DO YOU REQUIRE SPECIAL TESTING ACCOMMODATIONS?  ☐ YES  Please complete and submit the Request for Special Accommodations Form   ☑ NO

## LICENSURE

LIST ONE STATE TO WHICH YOU WOULD LIKE YOUR EXAM RESULTS SENT:

## FEES

TOTAL PAYMENT DUE $195.
Please provide payment information on the next page. Payment information will be destroyed after processing.

## STATEMENT OF ACKNOWLEDGEMENT

I hereby certify that the information I provided on this application and in any supporting documents is accurate, true, and correct to the best of my knowledge and belief. I acknowledge and agree to abide by and with the policies and procedures promulgated by FSMTB, including all policies regarding examination irregularities, cheating, and cancellation of scores. I acknowledge that I have reviewed the Examination Content Outline and that I have education and training in the content subject areas. I acknowledge and agree that I am prohibited from transmitting information about FSMTB examination questions or content in any form to any person or entity and that my failure to comply with this prohibition, or my failure to report any information about suspected violations of such prohibitions or otherwise about any possible cheating by myself or others may result in my scores being cancelled in accordance with FSMTB policies and procedures and/or legal action, up to and including criminal prosecution. I acknowledge that the fee is non-refundable and non-transferable.

**SIGNATURE:** *[signed]*   **DATE:** 03/12/2013

Send this application form and supporting materials to:
FSMTB
P.O. Box 198748, Nashville, TN 37219 (U.S. Postal Service)
150 Fourth Avenue North, Suite 800, Nashville, TN 37219 (for courier delivery)