# EXHIBIT

# D

- Page 11

## Signature and Acknowledgment

Your signature on the *MBLEx Application Form* or submissi
*Application* electronically means that you understand and a
certain conditions as part of your application.
Specifically:

1. You acknowledge and agree to abide by all applicabl
   policies and procedures, including the consequences
   noncompliance.

2. The information entered on or in connection with you
   application is accurate and correct to the best of you
   knowledge. If the information is not true or accurate,
   application may be denied.

4. You recognize that telling or sending others informat
   about FSMTB exam questions or content can result n
   in a denial to release examination scores but also in p
   legal action against you.

- Page 14

## Fraud, Cheating, and Forfeiture of F

In the event of a fraudulent application, submission of fraud
documents, introduction of fraud at any point in the applica
or cheating on any FSMTB examination, FSMTB reserves the
confiscate all fees to offset any administrative or legal costs

- Page 23

## Confidentiality and Exam Security

The FSMTB requires you to maintain the confidentiality and :
the test questions on its examinations. All those who take th(
required to acknowledge that they understand and agree to

- The examination is the exclusive property of the Federatio
  Massage Therapy Boards.

- The FSMTB's examinations and the items contained therei
  protected by United States copyright law.

- No part of an examination may be copied or reproduced c
  to any other person in part or in whole by any means what
  including memorization.

- The theft or attempted theft of an examination, in whole (
  punishable as a felony.

Your participation in any irregularity occurring during the ex
such as giving or obtaining unauthorized information or aid,
evidenced by observation or subsequent statistical analysis,
examination irregularity, including but not limited to the failu
any information about any irregularity or any suspected che;
be sufficient cause for FSMTB, at its sole discretion, to termi
reapplying to take the MBLEx, will be subject to all examinat
requirements in place at the time they may choose to reappl
be subject to legal action.

- Page 27

## Prohibited Items

**Cell phone access is prohibited at any time while at the te:
including during scheduled or unscheduled breaks.**

Items that can NOT be taken into the testing room include b
limited to:

Books, Briefcase, Calculator/Portable Computer, Calculator '
Camera, Photographic or Scanning Device, Cellular Phone, C
Tobacco Product, Container of any kind, Dictionary – electrc
Earphone, Earplugs (unless provided by test center), Eyegla
or Beverage, Handbag/Backpack/Hip Pack, Hat or Visor (ex(
coverings for religious reasons), Headsets or Audio Earmuff:
provided by test center), Jewelry – Pendant, Necklace or Lai
Newspaper or Magazine, Non-Prescription Sunglasses, Note
in any written form, Organizer/Day Planner, Outline, Pager/B
(unless provided by test center), Pen/Pencil (unless provide(

Lockers are provided at the test center to store a small numl
personal belongings. It is the candidate's responsibility to su
items voluntarily, prior to testing. Any person possessing prc
in the examination room will not be allowed to continue thei

2014 MBLEx Candidate Handbook:

- Page 11

## Signature and Acknowledgment

Your signature on the *MBLEx Application Form* or submis
*Application* electronically means that you understand and
certain condition

1. You acknowledge and agree to abide by all applicable FS
   and procedures, including the consequences of noncomp

2. The information entered on or in connection with your ap
   accurate and correct to the best of your knowledge. If the
   is not true or accurate, your application may be denied.

3. You authorize FSMTB to obtain additional information abo
   qualifications and application for testing.

4. You recognize that giving information about FSMTB exam

- Page 15

## Fraud, Cheating, and Forfeiture of

In the event of a fraudulent application, submission of fraud
documents, introduction of fraud at any point in the applica
or cheating on any FSMTB examination, FSMTB reserves the
confiscate all fees to offset any administrative or legal costs

- Page 23

### Confidentiality Agreement Script

The FSMTB requires you to maintain the confidentiality and
the test questions on its examinations. All those who take th
required to acknowledge that they understand and agree to

- The examination is the exclusive property of the Federatic
  Massage Therapy Boards.

- The FSMTB's examinations and the items contained therei
  protected by United States copyright law.

- No part of an examination may be copied, reproduced or
  to any other person in part or in whole by any means wha
  including memorization.

- The theft or attempted theft of an examination, in whole c
  punishable as a felony.

Your participation in any irregularity occurring during the ex
such as giving or obtaining unauthorized information or aid,
evidenced by observation or subsequent statistical analysis,
examination irregularity, including but not limited to the failt
any information about any irregularity or any suspected che
be sufficient cause for FSMTB, at its sole discretion, to termi
participation, invalidate the results of your examination, seek

to all examination and fee requirements in place at the time
subject to legal action.

- Page 27

## Prohibited Items

Cell phone access is prohibited at any time while at the test
including during scheduled or unscheduled breaks.

Items that can NOT be taken into the testing room include t
limited to:

Books, Bluetooth Device, Briefcase, Calculator/Portable Cor
Calculator Watch, Camera, Photographic or Scanning Devic
Phone, Cigarette/Tobacco Product, Container of any kind, C
electronic or paper, Earphone, Earplugs (unless provided by
Eyeglass Case, Food or Beverage, Handbag/Backpack/Hip I
Visor (except head coverings for religious reasons), Headset
Earmuffs (unless provided by test center), Jewelry - Pendar
or Large Earrings, Newspaper or Magazine, Non-Prescriptioi
Notebook, Notes in any written form, Organizer/Day Planne
Pager/Beeper, Paper (unless provided by test center), Pen/F
provided by test center), Pencil Sharpener, Personal Digital ,
Electronic Devices, Plastic Bag, Purse/Wallet, Radio/Transm
Ruler/Slide Ruler, Study Material, Tape/Disk Recorder or Pla)
Watch, Weapon of any kind.

2015 MBLEx Candidate Handbook:

- Page 11

## Signature and Acknowledgment

Your signature on the *MBLEx Application Form* or submission your *Application* electronically means that you understand an

1. You acknowledge and agree to abide by all applicable FSMT and procedures, including the consequences of noncompliar

2. The information entered on or in connection with your appli accurate and correct to the best of your knowledge. If the in is not true or accurate, your application may be denied.

3. You authorize FSMTB to obtain additional information about qualifications and application for testing.

4. You recognize that giving information about FSMTB exam

- Page 15

## Fraud, Cheating, and Forfeiture of Fe

In the event of a fraudulent application, submission of fraudule documents, introduction of fraud at any point in the applicatic process, or cheating on any FSMTB examination, FSMTB reser right to confiscate all fees to offset any administrative or lega

- Page 23

# Confidentiality and Exam Security

The FSMTB requires you to maintain the confidentiality and sec the test questions on its examinations. All those who take the M required to acknowledge that they understand and agree to th

- The examination is the exclusive property of the Federation Massage Therapy Boards.

- The FSMTB's examinations and the items contained therein protected by United States copyright law.

- No part of an examination may be copied, reproduced or tra to any other person in part or in whole by any means whatso including memorization.

- The theft or attempted theft of an examination, in whole or punishable as a felony.

Your participation in any irregularity occurring during the exam such as giving or obtaining unauthorized information or aid, as evidenced by observation or subsequent statistical analysis, or examination irregularity, including but not limited to the failure any information about any irregularity or any suspected cheati be sufficient cause for FSMTB at its sole discretion to termina participation, invalidate the results of your examination, lock r to all examination and fee requirements in place at the time an subject to legal action.

- Page 27

# Prohibited Items

Cell phone access is prohibited at any time while at the testing [center,] including during scheduled or unscheduled breaks.

Items that can NOT be taken into the testing room include but [are not] limited to:

Books, Bluetooth Device, Briefcase, Calculator/Portable Comp[uter,] Calculator Watch, Camera, Photographic or Scanning Device, C[ell] Phone, Cigarette/Tobacco Product, Container of any kind, Dic[tionary -] electronic or paper, Earphone, Earplugs (unless provided by te[st center,] Eyeglass Case, Food or Beverage, Handbag/Backpack/Hip Pa[ck, Hat/] Visor (except head coverings for religious reasons), Headsets [or] Earmuffs (unless provided by test center), Jewelry – Pendant[s, Necklaces,] or Large Earrings, Newspaper or Magazine, Non-Prescription S[unglasses,] Notebook, Notes in any written form, Organizer/Day Planner, [Outline,] Pager/Beeper, Paper (unless provided by test center), Pen/Pen[cil (unless] provided by test center), Pencil Sharpener, Personal Digital As[sistant or other] Electronic Devices, Plastic Bag, Purse/Wallet, Radio/Transmitt[er/Receiver,] Ruler/Slide Ruler, Study Material, Tape/Disk Recorder or Playe[r,] Watch, Weapon of any kind.

- Page 13

## Signature and Acknowledgment

Your signature on the *MBLEx Application Form* or submission
*Application* electronically means that you understand and agre
certain conditions as part of your application. Specifically:

1. You acknowledge and agree to abide by all applicable F$
   policies and procedures, including the consequences of
   noncompliance.

2. You completed the application and the information enter
   on or in connection with your application is accurate anc
   correct to the best of your knowledge. If the information
   not true or accurate, your application may be denied.

4. You acknowledge and agree that giving information abo
   FSMTB exam questions or content to others can result n
   only in a denial to release examination results, invalidatic
   of examination results, suspension from access to the ME
   and other FSMTB programs and services, but also in pos
   legal action against you.

FSMTB has provided a video explaining examination security v

- Page 17

## Fraud, Cheating, and Forfeiture of Fe

In the event of a fraudulent application, submission of fraudule
documents, inaccuracies, misrepresentations or discrepancies,
introduction of fraud at any point in the application process, sl
exam content after your exam administration, advance access
content prior to your exam administration (cheating), or violat
any FSMTB and test site rules, policies or procedures, FSMTB

# Confidentiality and Exam Security

The FSMTB requires you to maintain the confidentiality and se the test questions on its examinations. All those who take the are required to acknowledge that they understand and agree t following:

- The examination is the exclusive property of the Federation Massage Therapy Boards.

- The FSMTB's examinations and the items contained therein a protected by United States copyright law.

- No part of an examination may be copied, reproduced or tra to any other person in part or in whole by any means whatsc including memorization.

- The theft or attempted theft of an examination, in whole or i punishable as a felony.

Your participation in any irregularity occurring before, during c examination, such as giving or obtaining unauthorized informa

Unless otherwise informed, candidates who cheat or attempt t the examination, or who otherwise breach FSMTB's security pc procedures, will have their exam results invalidated, will forfeit barred from reapplying to take the MBLEx for a period of 12 m be subject to all examination and fee requirements in place at

- Page 30

# Prohibited Items

Cell phone access is prohibited at any time while at the testing

| Backpack or bag | Computers of any kind | Large jewelry of any kind | Radio t or rece |
|---|---|---|---|
| Beverage of any kind | Cup or container of any kind | Magazine | Record or play |
| Bluetooth devices of any kind | Digital scanning or imaging device, stick or pen | Notebook | Ruler o |
| Books or textbooks | Earplugs | Notes in any form | Study r any kin |
| Briefcase or other luggage | E-cigarettes or gum | Outline | Sungla: |
| Calculator | Electronic device of any kind | Pager or beeper | Umbrel |
| Calendar, day planner, or other organizer | Electronic, printed or live translators | Paper of any kind | USB st |
| Camera of any kind | Eyeglasses case | Paper or electronic dictionary | Wallet |
| Car or house keys | Food or snacks of any kind | Pens, pencils, erasers | Watch |
| Cellphone or smart phone | Good luck charms | Pencil sharpener | Weapo kind, in pocket |
| Cigarettes or tobacco products | Hat, cap or visor | Plastic bag | |
| Coat, jacket, gloves | Headphones or earphones | Purse or handbag | |

- Page 11

## Signature and Acknowledgment

Your signature on the *MBLEx Application Form* or submission ‹ *Application* electronically means that you understand and agre certain conditions as part of your application. Specifically:

1. You acknowledge and agree to abide by all examination FSMTB policies and procedures, including the consequer of noncompliance.

2. You attest that you personally completed the application. the information contained in the application or in connect with your application is true and accurate. If it is determin FSMTB that any information provided to FSMTB regardin( application is not true, falsified, or inaccurate, your applic; may be denied or your exam result may be invalidated.

3. You authorize FSMTB to obtain additional information at your qualifications and application for testing. invalidations of examination results, suspension from acc to the MBLEx and other FSMTB programs and services, t also in possible legal action against you.

FSMTB has provided a video explaining examination security v be viewed at fsmtb.org. We strongly advise all candidates to m

- Page 13

## Fraud and Exam Irregularities

In the event of a fraudulent application, submission of fraudulє documents, inaccuracies, misrepresentations or discrepancies, introduction of fraud at any point in the application process, sl exam content after your exam administration, advance access content prior to your exam administration (exam irregularities) violation of any FSMTB and test site rules, policies or procedui reserves the right to impose fees to offset any administrative ‹

# Confidentiality and Exam Security

The FSMTB requires you to maintain the confidentiality and se the test questions on its examinations. By applying for and/or MBLEx, you are agreeing to maintain the confidentiality and s( the test questions, answer choices and content of the exam. A who take the MBLEx are required to acknowledge that they ur and agree to the following:

- The examination is the exclusive property of the Federation Massage Therapy Boards.

- The FSMTB's examinations and the items contained therein ¿ protected by United States copyright law.

- No part of an examination may be copied, reproduced or tra to any other person in part or in whole by any means whats( including memorization.

- The theft or attempted theft of an examination, in part or in punishable as a felony.

- Copying, reproducing, memorizing or otherwise transmittinç means (oral, written, electronic or otherwise) any exam cont failure to report any information about any irregularity or any irregularity, may be sufficient cause for FSMTB, at its sole disc terminate your participation, invalidate the results of your exai

# Prohibited Items

Cell phone access is prohibited at any time while at the test ce

Items that can NOT be taken into the testing room include but limited to:

| Backpack or bag | Computers of any kind | Large jewelry of any kind | Radio t or rece |
|---|---|---|---|
| Beverage of any kind | Cup or container of any kind | Magazine | Record or play |
| Bluetooth devices of any kind | Digital scanning or imaging device, stick or pen | Notebook | Ruler o |
| Books or textbooks | Earplugs | Notes in any form | Study r any kin |
| Briefcase or other luggage | E-cigarettes or gum | Outline | Sungla |
| Calculator | Electronic device of any kind | Pager or beeper | Umbrel |
| Calendar, day planner, or other organizer | Electronic, printed or live translators | Paper of any kind | USB st |
| Camera of any kind | Eyeglasses case | Paper or electronic dictionary | Wallet |
| Car or house keys | Food or snacks of any kind | Pens, pencils, erasers | Watch |
| Cellphone or smart phone | Good luck charms | Pencil sharpener | Weapo kind, in pocket |
| Cigarettes or tobacco products | Hat, cap, visor or head covering | Plastic bag | |

prohibited items or accessing lockers during the examination. inside or outside of the testing room, will not be allowed to co their examination and will receive a failing result due to an inco