# EXHIBIT

# E

# PROFESSIONAL & REGULATORY CANDIDATE RULES AGREEMENT

Please review the following exam rules agreement. Contact the TA if you have any questions. The term TA will be used in this document to mean Test Administrator, Invigilator and Proctor.

1. **No** personal items, including but not limited to, mobile phones, hand-held computers/personal digital assistants (PDAs) or other electronic devices, pagers, watches, wallets, purses, firearms or other weapons, hats (and other non-religious head coverings), bags, coats, books, and/or notes, pens or pencils are allowed in the testing room. You must store all personal items in a secure area as indicated by the TA or return them to your vehicle. All electronic devices must be turned off before storing them in a locker. You will be asked to empty your pockets and ensure nothing is in them. The test center is not responsible for lost, stolen or misplaced personal items. **Studying IS NOT allowed in the test center. Visitors, children, spouses, family or friends ARE NOT allowed in the test center.**

2. Before you enter the testing room, the TA may collect your palm vein image digitally for the purposes of identity verification and to protect the security and integrity of the test. You understand that if there are discrepancies during this verification process you may be prohibited from entering the testing room, you may not be allowed to reschedule your testing appointment and you may forfeit your test application fee. Upon entering and being seated in the testing room, the TA will provide you with materials to make notes or calculations and any other items specified by the exam sponsor. **You may not remove these items from the testing room or write on your noteboard until your exam has been started.** If you need new or additional materials during the exam, you should raise your hand. You must return all materials to the TA immediately following the exam.

3. The TA will log you into your assigned workstation. You will verify that you are taking the intended exam. You will remain in your assigned seat until escorted out of the testing room by a TA.

4. Once you have entered the testing room, you may not communicate with other candidates. Any disruptive, threatening or fraudulent behavior may be grounds for termination of the exam.

5. You understand that eating, drinking or chewing gum, smoking and/or making noise that creates a disturbance for other candidates is prohibited during the exam.

6. To ensure a high level of security throughout the testing experience, you will be monitored at all times. Both audio and video may be recorded.

7. Break policies are established by the exam sponsor. Some exams may include **scheduled breaks**, and instructions will appear on the computer screen at the appropriate time; whether or not the exam time stops depends on the exam sponsor's policy. If you take an **unscheduled break** at any other time, the exam time will **not** stop. The TA will set your workstation to the break mode, and you will take your ID with you when you leave the room. The TA will check your ID before escorting you back to your seat and will then resume your exam.

8. While you are taking a **scheduled break,** you are permitted to access personal items that you stored during the exam. While you are taking an **unscheduled break**, you are NOT permitted to access personal items other than medication required at a specific time unless you receive prior permission. Unless specifically permitted by the exam sponsor, **you MUST receive permission from the TA PRIOR to accessing personal items that have been stored,** including but not limited to: mobile phones, exam notes and study guides.

9. You must leave the testing room for all breaks. **During unscheduled breaks, please verify with the TA whether your exam sponsor permits you to leave the building.**

10. You will need to show identification and/or have your palm vein pattern captured when leaving and re-entering the testing room. The TA will escort you to your assigned workstation and continue the exam when you return.

11. If you experience any problems or distractions or if you have other questions or concerns, you must raise your hand and the TA will assist you. The TA cannot answer questions related to exam content. If you have concerns about a test question or image, make a note of the item (question) number, if available, in order for the item to be reviewed.

12. You understand that a Non-Disclosure Agreement or other security statement may be presented to you before the exam and if so, you must agree to its terms and conditions within the specified time limit, if applicable, in order to take the exam or you will not be permitted to proceed with the examination and may forfeit your exam fees. If you select "DECLINE," your exam will end.

13. After you finish the exam, you may be asked to complete an optional, onscreen evaluation.

NCS Pearson processing number 40036  
Professional & Regulatory Candidate Rules Agreement  
Page 1 of 2  
Version 1.1 / May 2013

ALWAYS LEARNING     PEARSON

EXHIBIT E - Page 2 of 7

14. After you finish the exam you will raise your hand and the TA will come to your workstation and ensure that your exam has ended properly. The exam sponsor **may** display a score on the computer screen after the exam or **may** provide a printed score report or a confirmation notice that you completed the exam. If printed information is provided, **you will receive any printed information only after presenting your ID and returning all materials supplied before the exam to the TA**. You will not leave these items at your testing workstation.

15. You may not remove copies of exam questions and answers from the testing center, and may not share or discuss the questions or answers seen in your exam with anyone. If you do not follow the above rules, tamper with the computer or if you are suspected of cheating, appropriate action will be taken. This may include invalidation of your exam results.

**Your Privacy:** Your exam results will be encrypted and transmitted to Pearson VUE and the exam sponsor. The test center does not retain any information other than when and where your exam was taken. The Pearson VUE Privacy Policy Statement provides additional information regarding this which you can obtain by visiting the Pearson VUE website (www.pearsonvue.com) or by contacting the Reservation Call Center.

**Candidate Statement:** *By providing a digital signature, I give Pearson VUE my explicit consent to retain and transmit my personal data and test responses to Pearson VUE and to the exam sponsor (either of which may be outside of the country in which I am testing). I understand the information provided above and agree to follow those Rules in addition to any other program rules I may have agreed to during registration for this test. If I do not follow the Rules, or I am suspected of cheating or tampering with the computer, this will be reported to Pearson VUE and the exam sponsor, my exam may be invalidated, and the sponsor may take other action such as decertifying me, and I will not be refunded my exam fee.*

# Professional & Regulatory Candidate Rules Agreement

Please review the following test rules agreement. Contact the TA if you have any questions. The term TA will be used in this document to mean test administrator, invigilator, and proctor.

1. **No** personal items, including but not limited to, mobile phones, hand-held computers/personal digital assistants (PDAs) or other electronic devices, pagers, watches, wallets, purses, firearms or other weapons, hats (and other non-religious head coverings), bags, coats, jackets, eyeglass cases, books, and/or notes, pens or pencils are allowed in the testing room. You must store all personal items in a secure area (a locker) as indicated by the TA or return them to your vehicle. If you refuse to store your personal items, you will be unable to test, and you will lose your test fee.

   All electronic devices must be turned off before storing them in a locker. You will be asked to empty your pockets for the purpose of allowing the TA to verify that nothing is in them. If you have hair that covers your ears, you may be asked to show them for the purpose of allowing the TA to verify that no Bluetooth devices are present. The TA may also ask you to roll up your sleeves to verify that you have no writings on your arms. Before you enter the testing room, you will be asked to pat yourself down (for example: arms, legs, waistline) to show there is nothing hidden on your body. The test center is not responsible for lost, stolen, or misplaced personal items. **Studying IS NOT allowed in the test center. Visitors, children, spouses, family, or friends ARE NOT allowed in the test center.**

2. Before you enter the testing room, the TA may collect your digital photograph, digital signature, and/or your palm vein image for the purposes of verifying your identity and protecting the security and integrity of the test. You understand that if there are discrepancies during the check-in process, you may be prohibited from entering the testing room, you may not be allowed to reschedule your test appointment, and you may forfeit your test application fee.

   The identification requirements used during the check-in process are defined by the test sponsor, and the TA has no flexibility to add, delete, or alter this process. Upon entering and being seated in the testing room, the TA will provide you with those materials authorized by the test program sponsor for your use during the test to make notes or calculations on, and you will be provided any other material as specified by the test program sponsor. **You may not remove any of these materials from the testing room or begin writing on your noteboard until your test has been started.** If you need new or additional materials during the test, you must raise your hand. You must return all items and materials to the TA immediately following the test.

3. The TA will log you into your assigned workstation. You will verify that you are taking the intended test that you registered to take. Unless otherwise instructed, you must remain in your assigned seat until escorted out of the testing room by a TA.

4. Once you have entered the testing room, you may not communicate with other candidates. Any disruptive, threatening, or fraudulent behaviour in the testing room may be grounds for terminating your test, invaliding your test results, or result in disqualifying you from taking the test at a future date.

5. You understand that eating, drinking, chewing gum, smoking, and/or making noise that creates a disturbance for other candidates is prohibited during the test.

6. To ensure a high level of security throughout the testing experience, you will be monitored at all times. Both audio and video may be recorded.

7. Break policies are established by the test program sponsor. Some tests may include scheduled breaks, and if so allowed, instructions will appear on the computer screen at the appropriate time; it is important to note that whether or not the test time stops depends on the test program sponsor's policy. If you take an **unscheduled break** at any other time or if you take a break during a test in which the test program sponsor has not scheduled a break, the test time will **not** stop. The TA will set your workstation to the break mode, and you must take your ID with you when you leave the room. The TA will check your ID before escorting you back to your seat and will then resume your test.

NCS Pearson processing number 40036  
Professional & Regulatory Candidate Rules Agreement

Page 1 of 2  
Version 1.1 | April 2016

ALWAYS LEARNING

**PEARSON**

EXHIBIT E - Page 4 of 7

8. If you are taking **any break, you MUST receive permission from the TA PRIOR to accessing personal items that have been stored** (with the exception of comfort aids, medication, and food, which you may access without permission). Unless specifically permitted by the test program sponsor, personal items that cannot be accessed during **any break** include but are not limited to mobile phones, test notes, and study guides.

9. You must leave the testing room for all breaks. **If you want to leave the test center building during any breaks, verify with the TA whether your test program sponsor permits you to leave the building.**

10. You must follow all of the appropriate check-in and check-out processes as defined by your test program sponsor. This may include the need to show identification and/or have your palm vein pattern captured when leaving and re-entering the testing room. Before re-entering, you will be asked to pat yourself down again (arms, legs, waistline) to show there is nothing hidden on your body. Unless otherwise instructed, the TA will escort you to your assigned workstation and resume the test for you so that you may continue with your test.

11. If you experience any problems or distractions or if you have other questions or concerns, you must raise your hand, and the TA will assist you. The TA cannot answer questions related to test content. If you have concerns about a test question or image, make a note of the item (question) number, if available, in order for the item to be reviewed.

12. A Non-Disclosure Agreement or other security statement may be presented to you before the test begins. If so presented, you must read, acknowledge, and agree to the terms and conditions of such document, within the specified time limit, if applicable, in order to begin your test. Should you not agree, you will not be permitted to proceed with taking the test and you may forfeit your test fee. If you select "DECLINE," your test session will immediately end.

13. After you finish the test, you may be asked to complete an optional onscreen evaluation.

14. Unless otherwise instructed, after you have completed the test you must raise your hand, and the TA will come to your workstation and verify that your test session has ended properly. Depending on the type of test taken, the test program sponsor may display your test score on the computer screen after you have completed the test; or you may be provided with a printed score report; or you may be provided with a confirmation notice indicating that you have completed the test program sponsor's test. If printed information is to be provided to you, you must present your ID again to the TA and along with returning any and all materials supplied to you prior to the beginning of your test. You must not leave any materials at your testing workstation after you have completed your test.

15. You may not remove copies of test questions or test answers from the testing center, and you may not share or discuss with anyone all or any of the test questions or test answers you saw or viewed during the taking of the test. If you do not abide by these rules, if you tamper with the computer or if you are suspected of cheating, appropriate action will be taken, including the possibility of the test program sponsor taking action against you.

**Your Privacy:** Your test results will be encrypted and transmitted to Pearson VUE and the test sponsor. The test center does not retain any information other than when and where your test was taken. The Pearson VUE Privacy and Cookies Policy provides additional information, which you can obtain by visiting the Pearson VUE website at www.pearsonvue.com or by contacting the Pearson VUE call center.

**Candidate Statement:** *By providing a digital signature, I give Pearson VUE my explicit consent to retain and transmit my personal data and test responses to Pearson VUE located in the U.S. and to the test sponsor (either of which may be outside of the country in which I am testing). I understand the information provided above and agree to follow these rules in addition to any other program rules I may have agreed to during my registration for this test. If I do not follow the rules or I am suspected of cheating or tampering with the computer, this will be reported to Pearson VUE and the test sponsor, and I acknowledge and understand that my test may be invalidated, and the sponsor may take other action such as decertifying me, and I will not be refunded my test fee.*

NCS Pearson processing number 40036
Professional & Regulatory Candidate Rules Agreement

Page 2 of 2
Version 1.1 | April 2016

EXHIBIT E - Page 5 of 7



# Professional & Regulatory Candidate Rules Agreement

Please review the following test rules agreement. Contact the TA if you have any questions. The term TA will be used in this document to mean test administrator, invigilator, and proctor.

| | |
|---|---|
| 1. | No personal items, including but not limited to, mobile phones, hand-held computers/personal digital assistants (PDAs) or other electronic devices, pagers, watches, wallets, purses, firearms or other weapons, hats (and other non-religious head coverings), bags, coats, jackets, eyeglass cases, books, and/or notes, pens or pencils are allowed in the testing room. You must store all personal items in a secure area (a locker) as indicated by the TA or return them to your vehicle. If you refuse to store your personal items, you will be unable to test, and you will lose your test fee.<br><br>All electronic devices must be turned off before storing them in a locker. You will be asked to empty your pockets for the purpose of allowing the TA to verify that nothing is in them. If you have hair that covers your ears, you may be asked to show them for the purpose of allowing the TA to verify that no Bluetooth devices are present. The TA may also ask you to roll up your sleeves to verify that you have no writings on your arms. Before you enter the testing room, you will be asked to pat yourself down (for example: arms, legs, waistline) to show there is nothing hidden on your body. The test center is not responsible for lost, stolen, or misplaced personal items. **Studying IS NOT allowed in the test center. Visitors, children, spouses, family, or friends ARE NOT allowed in the test center.** |
| 2. | Before you enter the testing room, the TA may collect your digital photograph, digital signature, and/or your palm vein image for the purposes of verifying your identity and protecting the security and integrity of the test. You understand that if there are discrepancies during the check-in process, you may be prohibited from entering the testing room, you may not be allowed to reschedule your test appointment, and you may forfeit your test application fee.<br><br>The identification requirements used during the check-in process are defined by the test sponsor, and the TA has no flexibility to add, delete, or alter this process. Upon entering and being seated in the testing room, the TA will provide you with those materials authorized by the test program sponsor for your use during the test to make notes or calculations on, and you will be provided any other material as specified by the test program sponsor. **You may not remove any of these materials from the testing room or begin writing on your noteboard until your test has been started.** If you need new or additional materials during the test, you must raise your hand. You must return all items and materials to the TA immediately following the test. |
| 3. | The TA will log you into your assigned workstation. You will verify that you are taking the intended test that you registered to take. Unless otherwise instructed, you must remain in your assigned seat until escorted out of the testing room by a TA. |
| 4. | Once you have entered the testing room, you may not communicate with other candidates. Any disruptive, threatening, or fraudulent behaviour in the testing room may be grounds for terminating your test, invaliding your test results, or result in disqualifying you from taking the test at a future date. |
| 5. | You understand that eating, drinking, chewing gum, smoking, and/or making noise that creates a disturbance for other candidates is prohibited during the test. |
| 6. | To ensure a high level of security throughout the testing experience, you will be monitored at all times. Both audio and video may be recorded. |
| 7. | Break policies are established by the test program sponsor. Some tests may include scheduled breaks, and if so allowed, instructions will appear on the computer screen at the appropriate time; it is important to note that whether or not the test time stops depends on the test program sponsor's policy. If you take an **unscheduled break** at any other time or if you take a break during a test in which the test program sponsor has not scheduled a break, the test time will **not** stop. The TA will set your workstation to the break mode, and you must take your ID with you when you leave the room. The TA will check your ID before escorting you back to your seat and will then resume your test. |
| 8. | If you are taking **any break, you MUST receive permission from the TA PRIOR to accessing personal items that have been stored** (with the exception of comfort aids, medication, and food, which you may access without permission). Unless specifically permitted by the test program sponsor, personal items that cannot be accessed during **any break** include but are not limited to mobile phones, test notes, and study guides. |

NCS Pearson processing number 40036　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
Professional & Regulatory Candidate Rules Agreement　　　　　　　　　　　　　　　　　　　　　　　　　　Version 1.2 | December 2016

EXHIBIT E - Page 6 of 7

| 9. | You must leave the testing room for all breaks. **If you want to leave the test center building during any breaks, verify with the TA whether your test program sponsor permits you to leave the building.** |
|---|---|
| 10. | You must follow all of the appropriate check-in and check-out processes as defined by your test program sponsor. This may include the need to show identification and/or have your palm vein pattern captured when leaving and re-entering the testing room. Before re-entering, you will be asked to pat yourself down again (arms, legs, waistline) to show there is nothing hidden on your body. Unless otherwise instructed, the TA will escort you to your assigned workstation and resume the test for you so that you may continue with your test. |
| 11. | If you experience any problems or distractions or if you have other questions or concerns, you must raise your hand, and the TA will assist you. The TA cannot answer questions related to test content. If you have concerns about a test question or image, make a note of the item (question) number, if available, in order for the item to be reviewed. |
| 12. | A Non-Disclosure Agreement or other security statement may be presented to you before the test begins. If so presented, you must read, acknowledge, and agree to the terms and conditions of such document, within the specified time limit, if applicable, in order to begin your test. Should you not agree, you will not be permitted to proceed with taking the test and you may forfeit your test fee. If you select "DECLINE," your test session will immediately end. |
| 13. | After you finish the test, you may be asked to complete an optional onscreen evaluation. |
| 14. | Unless otherwise instructed, after you have completed the test you must raise your hand, and the TA will come to your workstation and verify that your test session has ended properly. Depending on the type of test taken, the test program sponsor may display your test score on the computer screen after you have completed the test; or you may be provided with a printed score report; or you may be provided with a confirmation notice indicating that you have completed the test program sponsor's test. If printed information is to be provided to you, you must present your ID again to the TA and along with returning any and all materials supplied to you prior to the beginning of your test. You must not leave any materials at your testing workstation after you have completed your test. |
| 15. | You may not remove copies of test questions or test answers from the testing center, and you may not share or discuss with anyone all or any of the test questions or test answers you saw or viewed during the taking of the test. If you do not abide by these rules, if you tamper with the computer or if you are suspected of cheating, appropriate action will be taken, including the possibility of the test program sponsor taking action against you. |

**Your Privacy:** Your test results will be encrypted and transmitted to Pearson VUE and the test sponsor. The test center does not retain any information other than when and where your test was taken. The Pearson VUE Privacy and Cookies Policy provides additional information, which you can obtain by visiting the Pearson VUE website at www.pearsonvue.com or by contacting the Pearson VUE call center.

**Candidate Statement:** *By providing a digital signature, I give Pearson VUE my explicit consent to retain and transmit my personal data and test responses to Pearson VUE located in the U.S. and to the test sponsor (either of which may be outside of the country in which I am testing). I understand the information provided above and agree to follow these rules in addition to any other program rules I may have agreed to during my registration for this test. If I do not follow the rules or I am suspected of cheating or tampering with the computer, this will be reported to Pearson VUE and the test sponsor, and I acknowledge and understand that my test may be invalidated, and the sponsor may take other action such as decertifying me, and I will not be refunded my test fee.*