# EXHIBIT

# F

460706-v1\MIADMS

Massage & Bodywork Licensing Examination - Candidate Name

2013

Massage & Bodywork Licensing E[xamination]



FSMTB
FEDERATION OF STATE
MASSAGE THERAPY BOARDS

**CONFIDENTIALITY AGREEMENT:**

The Federation of State Massage Therapy Boards (FSMTB) is committed to the integrity and security of its examination. The examination is confidential and is protected by trade secret law.

You are expressly prohibited from disclosing, publishing, reproducing, or transmitting this exam, in whole or by any means, verbal or written, electronic or mechanical, for any purpose, without the prior express writte[n permission of the] Federation of State Massage Therapy Boards.

In short, you cannot tell others what questions are on the exam.

If you violate this agreement, your participation may be terminated, your score will become invalid, you may [lose the] opportunity to test again, and monetary compensation may be sought.

When you press the "Yes, I Agree" button below, it demonstrates agreement with the above terms.



○ A|A.   Yes, I Agree.

You have indicated that you do not acc[ept the] Terms and Agreement again, you will N[OT...]

○ A|A.   End the exam, I do NOT agree

○ B|B.   Return to the Agreement

EXHIBIT F - Page 2 of 4

Massage & Bodywork Licensing Examination - Candidate Name



CONFIDENTIALITY AGREEMENT:

The Federation of State Massage Therapy Boards (FSMTB) is committed to the integrity and security of its e
The examination is confidential and is protected by copyright law.

You are expressly prohibited from disclosing, publishing, reproducing, or transmitting this exam, in whole o
by any means, verbal or written, electronic or mechanical, for any purpose, without the prior express writte
Federation of State Massage Therapy Boards.

In short, you cannot tell others what questions are on the exam.

If you violate this agreement your participation may be terminated, your score will become invalid, you ma
opportunity to test again,

When you press the "Yes



Massage & Bodywork Licensing Examination - Candidate Name

You have indicated that you do not accept the Terms of this agreement. If you choose "End the exam, I do I
Terms and Agreement again, you will NOT be able to continue with the exam.

○ dA    End the exam, I do NOT agree

# Massage and Bodywork Licensing Examination - Candidate Name

## 2015 & 2016



**FSMTB**
FEDERATION OF STATE
MASSAGE THERAPY BOARDS

## CONFIDENTIALITY AND SECURITY AGREEMENT:

The Federation of State Massage Therapy Boards (FSMTB) is committed to the integrity and security of its examination is confidential and is protected by copyright law.

You are expressly prohibited from disclosing, publishing, reproducing, or transmitting this exam, in whole by any means, verbal or written, electronic or mechanical, for any purpose, without the prior express written Federation of State Massage Therapy Boards.

In short, you cannot receive or tell others what questions are on the exam.

If you violate this agreement, your participation may be terminated, your score will become invalid, you may opportunity to test again, and monetary compensation may be sought.

When you press the "Yes, I Agree" button below, it demonstrates agreement with the above terms.

 A. Yes, I Agree.