# EXHIBIT A-1

Attachment 1 to D. Persinger Declaration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-787-479

EFFECTIVE DATE OF REGISTRATION
6 - 5 - 2012
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Massage & Bodywork Licensing Examination Item Bank, March 2012 (see continuation sheet)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Federation of State Massage Therapy Boards

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶ United States
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text and graphics

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2012 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 25   Year ▶ 2012
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Federation of State Massage Therapy Boards
7111 W. 151st Street, Suite 356
Overland Park, Kansas 66223

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 0 5 2012
ONE DEPOSIT RECEIVED
JUN 0 5 2012
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FSMTB000878

|                      |                          | FORM TX |
|----------------------|--------------------------|---------|
| EXAMINED BY          | TD                       |         |
| CHECKED BY           |                          |         |
| CORRESPONDENCE ☐ Yes |                          | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ _____   Year of Registration ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b
See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Debra Persinger - Federation of State Massage Therapy Boards
7111 W. 151st Street, Suite 356
Overland Park, Kansas 66223

Area code and daytime telephone number ▶ 913-681-0380    Fax number ▶ 913-681-0391
Email ▶ dpersinger@fsmtb.org

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Federation of State Massage Therapy Boards
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Debra Persinger, Executive Director                    Date ▶ 6/5/2012

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Debra Persinger - Federation of State Massage Therapy Boards | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 7111 W. 151st Street, Suite 356 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/Zip ▼ Overland Park, KS 66223 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6222 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Full Rev. 11/2006 Print 11/2006 — 30,000 Printed on recycled paper    U.S. Government Printing Office: 2006-xx-xxx/60,xxx

# Continuation Sheet
# for Application Forms

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- Try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space on the basic form, use this Continuation Sheet, and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



Form TX/CON
UNITED STATES COPYRIGHT OFFICE

TX 6-787-479

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

6 - 5 - 2012
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

June 5, 2012

Page 3 of 4 pages

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: Give the title as given under the heading "Title of this Work" in space 1 of the basic form.
  Massage & Bodywork Licensing Examination Item Bank, March 2012
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): Give the name and address of at least one copyright claimant as given in space 4 of the basic form or space 2 of any of the Short Forms PA, TX, or VA.
  Federation of State Massage Therapy Boards, 7111 W. 151st Street, Suite 356, Overland Park, Kansas 66223

## B — Continuation of Space 2

**d**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

FSMTB000880

CONTINUATION OF (Check which): ☑ Space 1  ☐ Space 4  ☐ Space 6

**C** Continuation of other Spaces

The Massage & Bodywork Licensing Examination, March 2012, contains the following items: 1001-19, 1021, 1023, 1025, 1027-32, 1034-39, 1041, 1045-46, 1049-52, 1054-56, 1058-60, 1063-66, 1069-71, 1078, 1080-82, 1084-90, 1092-98, 1104, 1109, 1113, 1115, 1120-21, 1123, 1125, 1129-30, 1132, 1134-35, 1137, 1139-40, 1142-43, 1145-53, 1157-58, 1162, 1164-68, 1172, 1174, 1180-82, 1185, 1191-92, 1194, 1197, 1199-1201, 1203-04, 1206-07, 1209-13, 1215-21, 1227, 1229, 1234, 1238, 1241, 1244-45, 1249-51, 1253-54, 1256-57, 1260-61, 1269, 1271-72, 1279-83, 1291-94, 1296-97, 1300-02, 1304-07, 1309, 1311-12, 1315-20, 1322-23, 1325, 1327, 1329, 1331, 1334, 1336-38, 1340, 1344, 1348, 1350-51, 1353, 1357-59, 1362-66, 1368, 1370-71, 1375, 1378, 1383-85, 1387, 1389, 1392-1398, 1400, 1402, 1405, 1407, 1412-1414, 1416, 1419, 1421, 1423-24, 1426, 1429, 1437-40, 1442-43, 1447-48, 1450-54, 1456, 1458, 1460-62, 1464, 1466-69, 1471, 1474, 1476-81, 1483-84, 1486-93, 1496, 1500, 1502-03, 1506-08, 1510-11, 1514, 1521-23, 1525-26, 1528-32, 1534, 1537, 1539-42, 1549, 1551, 1561, 1570, 1572, 1574, 1577, 1579-80, 1587-92, 1597-1601, 1603-04, 1609-12, 1616-19, 1623-24, 1626-28, 1630-31, 1633-36, 1638, 1641, 1643, 1645, 1647-49, 1651, 1653, 1655, 1657-58, 1660-65, 1668-72, 1675, 1679, 1681, 1683, 1687-95, 1698, 1701-08, 1710-11, 1719-21, 1733, 1737-43, 1745, 1747-48, 1750-51, 1753, 1757, 1759, 1764-66, 1770-72, 1774, 1776-81, 1783-86, 1788-91, 1797, 1803-08, 1810-11, 1813, 1816-17, 1818-19, 1822-25, 1827, 1829-31, 1833-34, 1839-41, 1844-48, 1850-52, 1854-55, 1857, 1862-63, 1865-66, 1868, 1873-79, 1882, 1893-95, 1899, 1901, 1903, 1906, 1909-10, 1913-14, 1918-20, 1923, 1928, 1931-34, 1936-1937, 1945, 1948, 1951, 1953-56, 1958, 1970-72, 1977, 1979-81, 1984-94, 1996-98, 2000-01, 2003-04, 2006-08, 2014, 2021-22, 2024, 2026, 2028-30, 2032, 2035-37, 2039-41, 2043, 2045-47, 2049-52, 2054-55, 2057-65, 2067, 2069-71, 2073-74, 2077-78, 2080-81, 2083, 2085-93, 2096-2100, 2104-11, 2113-14, 2119-27, 2129-34, 2137, 2139-40, 2142, 2148, 2150-53, 2155-57, 2159-61, 2163, 2165-67, 2170-84, 2186-92, 2194-95, 2197-2215, 2217-22, 2224, 2228-30, 2234-40, 2243, 2247-48, 2250-51, 2253, 2260-62, 2266, 2273-77, 2279-96, 2298- 2317, 2319, 2321-28, 2330-45, 2347-53, 2355-61, 2363-64, 2366-75, 2379-80, 2383, 2387-90, 2396, 2398, 2401, 2403-10, 2412, 2414-21, 2423-26, 2429, 2431-33, 2438, 2440-41, 2443-45, 2447-52, 2455, 2457, 2460, 2462-63, 2465-69, 2471-73, 2475-76, 2478, 2483-97, 2500-02, 2504, 2506-15, 2519-22, 2524-25, 2527-35, 2537-48, 2550-53, 2555-59, 2562-68, 2573-84, 2586, 2589-96, 2598, 2602-05, 2609-16, 2618-19, 2621, 2623-25, 2627-28, 2630-75, 2683-90, 2695-96, 2698-99, 2702, 2707, 2708, 2711, 2713, 2715-17, 2719-27, 2731-37, 2739-56, 2758, 2761-76, 2778-89, 2792-94, 2796-2803, 2805-12

---

**D** Certificate will be mailed in window envelope to this address:

Name ▼
Debra Persinger, Federation of State Massage Therapy Boards

Number/Street/Apt ▼
7111 W. 151st Street, Suite 356

City/State/Zip ▼
Overland Park, Kansas 66223

- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Form CON  Rev: 07/2006  Print: 07/2007 — xx,000  Printed on recycled paper

U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

FSMTB000881

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TX 7-530-298

**Effective date of registration:**
June 5, 2012

## Title

**Title of Work:** Massage & Bodywork Licensing Examination Form 2012-1 (containing the following items: 1004, 1006, 1007, 1049, 1060, 1070, 1086, 1098, 1104, 1135, 1143, 1157, 1191, 1234, 1250, 1271, 1294, 1296, 1319, 1365, 1368, 1378, 1384, 1389, 1442, 1464, 1476, 1478, 1483, 1491,

1511, 1522, 1529, 1539, 1561,

1580, 1601, 1610, 1627, 1660,

1681, 1683, 1692, 1701, 1719,

1757, 1777, 1780, 1797, 1810,

1878, 1933, 1970, 1972, 1994,

2014, 2028, 2039, 2043, 2046,

2047, 2050, 2051, 2058, 2067,

2069, 2073, 2074, 2083, 2090,

2098, 2104, 2113, 2126, 2131,

2148, 2153, 2167, 2176, 2186,

2188, 2200, 2207, 2214, 2239,

2250, 2319, 2321, 2326, 2344,

2353, 2355, 2380, 2388, 2409,

2414, 2417, 2419, 2423, 2429,

2431, 2440, 2441, 2443, 2445,

2447, 2449, 2451, 2457, 2466,

2471, 2472, 2485, 2502, 2504,

2508, 2510, 2513, 2514, 2528,

2534, 2541, 2542, 2543, 2553,

2557, 2558, 2564, 2567, 2575,

2579, 2583 and 2589)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 30, 2011     **Nation of 1st Publication:** United States

Page 1 of 2

FSMTB000882

## Author

- **Author:** Federation of State Massage Therapy Boards
- **Author Created:** text, artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant

- **Copyright Claimant:** Federation of State Massage Therapy Boards
  7111 W. 151st Street, Suite 356, Overland Park, KS, 66223, United States

## Rights and Permissions

- **Organization Name:** Federation of State Massage Therapy Boards
- **Name:** Debra Persinger
- **Email:** dpersinger@fsmtb.org
- **Telephone:** 913-681-0380
- **Address:** 7111 W. 151st Street
  Suite 356
  Overland Park, KS 66223 United States

## Certification

- **Name:** Jennifer A. Semko, Esq.
- **Date:** June 4, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TX 7-530-303

**Effective date of registration:**
June 5, 2012

## Title

**Title of Work:** Massage & Bodywork Licensing Examination Form 2012-2 (containing the following items: 1027, 1032, 1045, 1063, 1071,
1078, 1092, 1093, 1104, 1109, 1148, 1151, 1185, 1203, 1212,
1217, 1229, 1245, 1250, 1254,
1291, 1292, 1301, 1329, 1375,
1378, 1383, 1389, 1413, 1429,
1454, 1464, 1471, 1476, 1477,
1514, 1532, 1540, 1599, 1610,
1636, 1638, 1643, 1681, 1689,
1692, 1695, 1740, 1753, 1770,
1778, 1784, 1831, 1839, 1876, 1910, 1984, 1993, 2003, 2014,
2028, 2030, 2032, 2040, 2043,
2049, 2050, 2057, 2058, 2062,
2065, 2069, 2092, 2098, 2105,
2111, 2114, 2126, 2132, 2137,
2140, 2161, 2177, 2182, 2183,
2198, 2199, 2213, 2221, 2222,
2239, 2248, 2253, 2283, 2288,
2291, 2301, 2307, 2312, 2340,
2353, 2361, 2371, 2373, 2388,
2406, 2409, 2410, 2412, 2414,
2418, 2420, 2429, 2438, 2440,
2447, 2449, 2452, 2483, 2486,
2508, 2519, 2520, 2527, 2529,
2532, 2535, 2544, 2546, 2547,
2559, 2568, 2576, 2580, 2584,
and 2590)

FSMTB000884

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: September 30, 2011        Nation of 1st Publication: United States

## Author

- Author: Federation of State Massage Therapy Boards

Author Created: text, artwork

Work made for hire: Yes

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Federation of State Massage Therapy Boards

7111 W. 151st Street, Suite 356, Overland Park, KS, 66223, United States

## Rights and Permissions

Organization Name: Federation of State Massage Therapy Boards

Name: Debra Persinger

Email: dpersinger@fsmtb.org        Telephone: 913-681-0380

Address: 7111 W. 151st Street

Suite 356

Overland Park, KS 66223 United States


## Certification

Name: Jennifer A. Semko, Esq.

Date: June 4, 2012

FSMTB000885

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-530-307**

**Effective date of registration:**

June 5, 2012

---

**Title**

Title of Work: Massage & Bodywork Licensing Examination Form 2012-3 (containing the following items: 1008, 1064, 1070, 1089, 1104,
1149, 1150, 1153, 1166, 1167,
1207, 1250, 1257, 1311, 1351,
1363, 1375, 1383, 1384, 1400,
1407, 1423, 1429, 1466, 1476,
1483, 1493, 1496, 1506, 1514,
1532, 1534, 1537, 1577, 1587, 1589, 1597, 1610, 1612, 1624,
1649, 1660, 1692, 1742, 1747,
1764, 1771, 1785, 1786, 1813,
1852, 1855, 1862, 1877, 2001,
2028, 2035, 2043, 2049, 2050,
2054, 2055, 2057, 2067, 2069,
2077, 2086, 2087, 2098, 2107,
2130, 2134, 2140, 2152, 2157,
2174, 2192, 2195, 2201, 2209,
2215, 2221, 2239, 2243, 2247, 2260, 2261, 2266, 2279, 2280,
2281, 2282, 2292, 2294, 2326,
2348, 2356, 2360, 2383, 2387,
2403, 2409, 2416, 2419, 2433,
2450, 2451, 2452, 2455, 2460,
2466, 2468, 2473, 2478, 2484,
2486, 2495, 2501, 2504, 2511,
2521, 2530, 2533, 2537, 2539,
2545, 2548, 2550, 2562, 2565,
2573, 2577, 2581, and 2591)

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** September 30, 2011    **Nation of 1st Publication:** United States

## Author

**Author:** Federation of State Massage Therapy Boards
**Author Created:** text, artwork
**Work made for hire:** Yes
**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Federation of State Massage Therapy Boards
7111 W. 151st Street, Suite 356, Overland Park, KS, 66223, United States

## Rights and Permissions

**Organization Name:** Federation of State Massage Therapy Boards
**Name:** Debra Persinger
**Email:** dpersinger@fsmtb.org    **Telephone:** 913-681-0380
**Address:** 7111 W. 151st Street
Suite 356
Overland Park, KS 66223 United States

## Certification

**Name:** Jennifer A. Semko, Esq.
**Date:** June 4, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TX 7-530-311

**Effective date of registration:**
June 5, 2012

## Title

**Title of Work:** Massage & Bodywork Licensing Examination Form 2012-4 (containing the following items: 1007, 1011, 1029, 1035, 1036,
1046, 1049, 1065, 1070, 1093, 1104, 1162, 1172, 1180, 1185,
1234, 1250, 1254, 1300, 1302,
1318, 1329, 1364, 1375, 1394,
1402, 1412, 1439, 1461, 1464,
1476, 1508, 1511, 1522, 1534,
1549, 1610, 1617, 1645, 1655,
1668, 1692, 1698, 1753, 1774,
1781, 1790, 1807, 1818, 1827,
1831, 1839, 1866, 1955, 1989,
2007, 2037, 2043, 2045, 2050,
2052, 2058, 2061, 2063, 2067,
2069, 2071, 2080, 2098, 2107,
2110, 2119, 2120, 2122, 2124,
2130, 2133, 2172, 2176, 2179,
2237, 2239, 2248, 2250, 2262,
2273, 2281, 2283, 2286, 2290,
2295, 2299, 2303, 2307, 2312,
2313, 2324, 2326, 2337, 2340,
2353, 2374, 2387, 2390, 2405,
2409, 2415, 2418, 2419, 2423,
2424, 2443, 2447, 2449, 2451,
2460, 2467, 2471, 2485, 2487,
2495, 2515, 2522, 2525, 2531, 2540, 2551, 2552, 2555, 2556,
2563, 2566, 2574, 2578, 2582,
2586, and 2592)

FSMTB000888

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** September 30, 2011     **Nation of 1st Publication:** United States

## Author
**Author:** Federation of State Massage Therapy Boards
**Author Created:** text, artwork
**Work made for hire:** Yes
**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Federation of State Massage Therapy Boards
7111 W. 151st Street, Suite 356, Overland Park, KS, 66223, United States

## Rights and Permissions
**Organization Name:** Federation of State Massage Therapy Boards
**Name:** Debra Persinger
**Email:** dpersinger@fsmtb.org     **Telephone:** 913-681-0380
**Address:** 7111 W. 151st Street
Suite 356
Overland Park, KS 66223 United States

## Certification
**Name:** Jennifer A. Semko, Esq.
**Date:** June 4, 2012