United States District Court
Southern District of Texas
**ENTERED**
October 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERATION OF STATE MASSAGE THERAPY BOARDS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MENDEZ MASTER TRAINING CENTER, INC., MMTC TEXAS, INC., TESLA SHEN MENDEZ (f/k/a YI LING "Elaine" MENDEZ), JORGE MENDEZ, HUA SUN, DAVID LIN, and JOHN DOES 1–5, | § § § § § § § | Civil Action No. 4:17-cv-02936 |
| Defendants. | § | |

## JUDGMENT BY CONFESSION

Having considered the Settlement Agreement of the parties in this case, including the Affidavits of Confession of Judgment of Tesla Mendez and Jorge Mendez, the Court finds as follows:

1. Tesla Mendez (f/k/a Yi Ling "Elaine" Mendez) and Jorge Mendez Tesla (collectively the "Mendez Defendants") are Defendants in this action.

2. The parties entered into a Settlement Agreement in June 2019. The Mendez Defendants have not complied with the Settlement Agreement by not making monthly settlement payments as required.

3. Pursuant to the Settlement Agreement and the Affidavits of Confession of Judgment of Tesla Mendez and Jorge Mendez, the Mendez Defendants each confessed judgment voluntarily and with advice of counsel in favor of Plaintiff Federation State Massage Therapy Board in the amount of $450,000.00. This amount represents damages

due to Plaintiff Federation State Massage Therapy Board arising out of the facts and causes of action set forth in Plaintiff's Amended Complaint filed May 21, 2018.

4. The Court therefore enters judgment in favor of Plaintiff Federation State Massage Therapy Board. The Court further ORDERS, ADJUDGES, DECREES, and DECLARES that Federation State Massage Therapy Board recover:

a) The sum of $450,000.00 from Tesla Mendez (f/k/a Yi Ling "Elaine" Mendez) and Jorge Mendez Tesla jointly and severally. Post judgment interest on the amounts awarded herein shall accrue; and

b) Post-judgment interest on all monetary sums awarded Federation State Massage Therapy Board herein at the amount of 0.15 percent, computed daily and compounded annually, from and after the date of this judgment until it is satisfied.

5. Plaintiff Federation State Massage Therapy Board shall pay all costs of court in connection with the entry of this Judgment by Confession.

6. All relief not expressly granted herein is DENIED. It is further ORDERED that this judgment is immediately enforceable and all writs and process necessary or appropriate for the enforcement or collection of this judgment may issue as necessary.

7. This judgment is final and disposes of all claims and all parties.

Signed this 26th day of October, 2020.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE